cdeg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60446

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THIRTY-FOUR THOUSAND ONE HUNDRED
EIGHTY DOLLARS ($34,180.00) IN UNITED
STATES CURRENCY,

        Defendant.
_____/

## **VERIFIED COMPLAINT FOR FORFEITURE IN REM**

The plaintiff, the United States of America, hereby files this Verified Complaint for Forfeiture *In Rem* and states the following:

1. This is a civil action for forfeiture *in rem* against Thirty-Four Thousand One Hundred Eighty Dollars ($34,180.00) in United States Currency (hereinafter referred to as the "defendant currency").

2. Jurisdiction is vested in this Court, pursuant to Title 28, United States Code, Sections 1331, 1333, 1345, and 1355.



3. Venue lies in this district, pursuant to Title 28, United States Code, Section 1395 (a) and (b) because the defendant currency is located within the Southern District of Florida and will remain so during the pendency of this action.

4. The United States of America seeks forfeiture of the defendant currency, pursuant to Title 21, United States Code, Section 881(a)(6) on the grounds that the currency was furnished or intended to be furnished in exchange for a controlled substance; and/or is proceeds traceable to such an exchange; and/or was used or intended to be used to facilitate the exchange of a controlled substance or any other violation of Title 21,United States Code, Sections 801 *et. seq.*

## FACTUAL BACKGROUND

5. On May 14, 2003, detectives of the Domestic Interdiction Unit (DIU) were conducting an operation at the Omnibus La Cubana Bus Terminal located at 2900 Sheridan Street, Hollywood, Florida.

6. At approximately 12:30 p.m., DIU detectives entered a bus upon which the Claimant, Johny Calle-Berrio (CALLE-BERRIO), was located and began conducting consensual searches of the passengers and their luggage.

7. As the law enforcement officials were conducting the searches, they came into contact with CALLE-BERRIO who provide consent to search both his person and his luggage.

8. During the search of CALLE-BERRIO, one of the law enforcement officials inspected a leather bomber jacket in the his possession and determined that the bomber jacket contained bulky, unidentified objects.

9. A canine detective and his narcotics canine were summoned, and a check of CALLE-BERRIO's person, luggage, and bomber jacket was conducted.

10. The narcotics canine alerted positively to the presence of an odor of a controlled substance as to the lining of the bomber jacket.

11. Further investigation of the jacket revealed that thirty-four thousand one hundred eighty dollars ($34,180.00) in United States currency was concealed within multiple, separate compartments within the jacket's lining.

12. Based upon the experience of law enforcement officials, the manner in which the currency was concealed in the lining of the bomber jacket is consistent with that of typical narcotics and currency couriers seeking to evade detection by law enforcement while traveling.

13. Although CALLE-BERRIO claimed that the currency secreted within the lining of the bomber jacket was from his clothing business in Columbia and that he purchases clothing in the United States for his business in Columbia, he did not produce any evidence of a clothing business.

14. Finally, CALLE-BERRIO stated that he entered the United States through Miami International Airport from Medellin, Columbia, but that did not declare the currency secreted in the lining of the bomber jacket.

15. The currency was thereafter seized for federal forfeiture, and the Government accordingly files this Verified Complaint for Forfeiture *In Rem* for said currency.

3

## FORFEITURE ALLEGATION

By reason of the foregoing, the defendant currency has become and is forfeited to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(6) on the grounds that the currency was furnished or intended to be furnished in exchange for a controlled substance; and/or is proceeds traceable to such an exchange; and/or was used or intended to be used to facilitate the exchange of a controlled substance or any other violation of Title 21, United States Code, Sections 801 *et. seq.*

**WHEREFORE,** based upon the allegations contained herein, the plaintiff, the United States of America, requests that process in due of law according to the procedures of the Court in causes of actions *in rem* in accordance with the provisions of Rule C(3) of the Supplemental Rules of Certain Admiralty and Maritime Claims issue against the defendant currency; that any person or persons having any interest in the defendant currency be directed to appear herein and to answer this Complaint; that this Court decree the condemnation and forfeiture of the defendant currency to the United States; and that the plaintiff have any such other and further relief as may be just and proper.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *[signature]*
CAROL E. A. DEGRAFFENREIDT
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0642101
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 660-5726
Fax: (954) 356-7180
E-mail: Carol.Degraffenreidt-Willis@usdoj.gov

4

## VERIFICATION

I, Scott Hahn, Special Agent of the United States Drug Enforcement Administration, declare under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that I have read the foregoing Complaint for Forfeiture *In Rem* and that the contents are true to the best of my knowledge and belief.

_____
SCOTT HAHN
SPECIAL AGENT
UNITED STATES DRUG ENFORCEMENT ADMINISTRATION

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

04-60446

CIV-COHN

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

### DEFENDANTS
THIRTY-FOUR THOUSAND ONE HUNDRED EIGHTY DOLLARS ($34,180.00) IN UNITED STATES CURRENCY

MAGISTRATE JUDGE
SNOW

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    BROWARD
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
CAROL E. A. DEGRAFFENREIDT
500 EAST BROWARD BLVD., SUITE 700
FORT LAUDERDALE, FL 33394
(954) 660-5726

ATTORNEYS (IF KNOWN)

0:04CV60446 JIC/LSS

(d) CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   (BROWARD)   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE,   HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | B☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / B☐ 510 Motions to Vacate Sentence |  | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / B☐ 530 General | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land |  A☐ 535 Death Penalty |  | A☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / B☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / B☐ 550 Civil Rights B☐ 555 Prison Condition | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
Title 21, U.S.C., Section 881 (a)(6) - PROCEEDS OF DRUG VIOLATION.

LENGTH OF TRIAL
via  2  days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 4-7-4
SIGNATURE OF ATTORNEY OF RECORD
Carol E. A. Degraffenreidt

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____